# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOSEPH R. HESS                                                    PLAINTIFF

v.                              No. 3:20-cv-51-DPM

PARAGOULD POLICE
DEPARTMENT                                                        DEFENDANT

## ORDER

**1.** Hess hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 2 April 2020. If he doesn't, then the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Hess an application to proceed *in forma pauperis*. If the Court grants Hess permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 March 2020