IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH R. HESS                                                                PLAINTIFF

v.                              No. 3:20-cv-51-DPM

CHRISTIAN UNDERWOOD
and DOES                                                                     DEFENDANTS

## ORDER

Hess hasn't identified the Doe Defendants; and the time to do so has passed. *Doc. 13.* His claims against them are therefore dismissed without prejudice. FED. R. CIV. P. 4(m); *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 October 2020