# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOSEPH R. HESS**                                                    **PLAINTIFF**

**v.**                          **No. 3:20-cv-51-DPM**

**CHRISTIAN UNDERWOOD**                                    **DEFENDANT**

## ORDER

Unopposed motion to extend deadlines, *Doc. 20*, granted. Discovery deadline extended to 22 February 2021. Dispositive motions due by 22 March 2021.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

 25 January 2021