# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOSEPH R. HESS**                                                    **PLAINTIFF**

v.                               No. 3:20-cv-51-DPM

**CHRISTIAN UNDERWOOD**                                  **DEFENDANT**

## ORDER

Hess hasn't responded to Underwood's motion for summary judgment; and the time to do so has passed. LOCAL RULE 7.2(b). If Hess wants to be heard on the motion, then he must file a response and explain his tardiness by 16 April 2021. If he doesn't, then the Court will rule on the current papers.

So Ordered.

*/s/ Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 April 2021