IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH R. HESS                                                                                    PLAINTIFF

v.                                    No. 3:20-cv-51-DPM

CHRISTIAN UNDERWOOD                                                              DEFENDANT

### ORDER

**1.** Hess's opposed motion for more time to respond, *Doc. 26*, is granted.  Hess must file his response by 7 May 2021.  No further extensions will be granted absent extraordinary circumstances.

**2.** Hess says his response is late because of problems with his certified mail.  *Doc. 26*.  But Underwood's exhibits show that the motion for summary judgment was timely served on Hess by both email and certified mail.  *Doc. 27-3 & 27-4*.  Hess must therefore explain his tardiness in his belated response.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 April 2021