IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSEPH R. HESS**                                                         **PLAINTIFF**

v.                                    No. 3:20-cv-51-DPM

**CHRISTIAN UNDERWOOD**                                    **DEFENDANT**

## ORDER

  Hess's response to the motion for summary judgment was due by 7 May 2021. Defense counsel has informally notified the Court that Hess may have submitted a response that hasn't made it to the Court for filing. The Court therefore extends the time to respond to 1 June 2021. If Hess previously submitted a response, the Court has not received it. He must resubmit it by June 1st. If he doesn't, then the Court will rule on the current papers.

  So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 May 2021